DANIEL A. COWAN, Doing Business as THE ATTORNEY'S SERVICENTER, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.—

Herlihy, P. J., Reynolds, Greenblott, Sweeney and Simons, JJ., concur.

In the Matter of PETER BRADY, Respondent, v. VINCENT L. TOFANY, as Commissioner of Motor Vehicles, Appellant.—

Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Simons, JJ., concur.